# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM KIM, <br><br> Plaintiff, <br><br> v. <br><br> HANMI BANK D/B/A HANMI BANK OLYMPIC-CRENSHAW BRANCH; and DOES 1 through 10, <br><br> Defendants. | Case No. 2:19-cv-00178 JLS (PJWx) <br><br> **ORDER GRANTING DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** <br><br> Complaint Filed: January 9, 2019 <br> Trial Date: None <br> District Judge: Hon. Josephine L. Staton <br> Courtroom 10A, Santa Ana |

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice. Each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated: April 17, 2019

JOSEPHINE L. STATON

Honorable Josephine L. Staton, District Judge
UNITED STATES DISTRICT COURT

Proposed Order Granting Dismissal